LOWDER v. ALL STAR MILLS, INC.

No. 536P90

Case below: 100 N.C.App. 318

Petition by defendant (W. Horace Lowder) for discretionary review pursuant to G.S. 7A-31 denied 26 November 1990.

LOWDER v. ALL STAR MILLS, INC.

No. 537P90

Case below: 100 N.C.App. 322

Petition by intervening defendant (Lois L. Hudson) for discretionary review pursuant to G.S. 7A-31 denied 26 November 1990. Petition by defendant (W. Horace Lowder) for discretionary review pursuant to G.S. 7A-31 denied 26 November 1990.

MAHAFFEY v. FORSYTH COUNTY

No. 443A90

Case below: 99 N.C.App. 676

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 5 December 1990. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

MARINA FOOD ASSOC., INC. v. MARINE RESTAURANT, INC.

No. 495P90

Case below: 100 N.C.App. 82

Petition by several defendants for discretionary review pursuant to G.S 7A-31 denied 5 December 1990.

McKINNEY v. AVERY JOURNAL, INC.

No. 411P90

Case below: 99 N.C.App. 529

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.